UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:04CR572 JCH |
| ) | |
| ROBIN YVETTE ROBINSON, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

This matter is before the Court on Defendant's pre-trial Motion to Suppress Contents of Any and All Electronic Surveillance. Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Frederick R. Buckles, who filed a Report and Recommendation on January 29, 2007. Neither party submitted objections to the Report and Recommendation.

Magistrate Judge Buckles recommends that the Court deny Defendant's motion. After de novo review of the entire record in this matter, the Court adopts the Magistrate Judge's recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [Doc. No. 409] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Contents of Any and All Electronic Surveillance [Doc. No. 215] is **DENIED**.

Dated this 20th day of February, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE